TINHO MANG, #322146
tmang@marshackhays.com
DEVAN DE LOS REYES, #355913
ddelosreyes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Creditor,
ASSOCIATES EQUITY FUND VI, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re | Case No. 6:26-bk-13154-SY |
|---|---|
| CONCORD INDUSTRIAL PRODUCTS, INC., | Chapter 11 |
| Debtor. | NOTICE OF MOTION AND MOTION TO DISMISS BANKRUPTCY CASE UNDER 11 U.S.C. § 521(E)(2); DECLARATIONS OF MICHAEL B. ARNOLD AND TINHO MANG IN SUPPORT |
| | Date:   June 25, 2026<br>Time:   9:30 a.m.<br>Ctrm:   302<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, DEBTOR,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT Associates Equity Fund VI, LLC ("AEF"), files the attached motion ("Motion") to dismiss this Chapter 11 bankruptcy case pursuant to 11 U.S.C. § 521(e)(2). The Motion is based upon this notice of motion, the attached motion and memorandum of points and authorities, the Declarations of Michael B. Arnold and Tinho Mang, the pleadings and files in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be presented to the Court. A complete copy of the Motion and all supporting papers may be obtained from the Clerk of the Bankruptcy Court or by contacting the Movant's attorneys by email at tmang@marshackhays.com and ddelosreyes@marshackhays.com.

If you do not oppose the Motion, you need take no further action. However, if you object to the Motion, pursuant to Local Bankruptcy Rule 9013-1, any opposition must be filed with the Court no later than 14 days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your opposition upon Tinho Mang and Devan de los Reyes no later than 14 days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this Motion, and upon the Office of the United States Trustee at 3801 University Avenue, #720, Riverside, CA 92501.

Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the court may enter an order granting the Motion without further notice.

DATED: May 26, 2026                    MARSHACK HAYS WOOD LLP


By:     */s/ Tinho Mang*
        TINHO MANG
        DEVAN DE LOS REYES
        Attorneys for Creditor
        ASSOCIATES EQUITY FUND VI, LLC

**MEMORANDUM OF POINTS AND AUTHORITIES**

## 1.    Summary of Argument

Section 521(e)(2)(A)(ii) requires a debtor to produce a copy of its tax return to a creditor upon timely request, in advance of the meeting of creditors under 11 U.S.C. § 341(a), which will permit that creditor sufficient time to investigate the affairs of the debtor prior to the meeting of creditors. After the demand for the tax return was timely made, Debtor failed to produce the tax return both by the statutory deadline for production, and belatedly produced two years of tax returns on May 26, 2026, less than 24 hours prior to the meeting of creditors. This is an incurable violation of the Bankruptcy Code, and dismissal of the case is mandatory. AEF respectfully requests that the Court grant this Motion and dismiss the bankruptcy case.

## 2.    Factual Background

On May 16, 2019, Debtor entered into a standard industrial/commercial multi-tenant lease ("Lease") agreement with AEF to occupy 311 Bonnie Circle, Corona, California ("Premises") for a term lasting from July 1, 2019 through August 31, 2024.

On March 18, 2024, Debtor and AEF entered into an amendment to lease extending the term of the Lease to August 31, 2029 ("Amendment").

On December 8, 2025, AEF served a 3-Day Notice to Pay Rent or Quit ("3DN") based on Debtor not paying rent due November 1, 2025 and December 1, 2025. No rent was paid in response to the 3DN.

On January 8, 2026, AEF filed a complaint ("Complaint") for Unlawful Detainer against the debtor, Concord Industrial Products, Inc., A California Corporation, and Does 1 to 10 in the Superior Court of California, County of Riverside ("RCSC"), initiating case no. UDCO2600032 ("UD Action"). Trial in the UD Action was set on April 23, 2026 at 1:00 p.m. ("UD Trial").

On April 23, 2026 ("Petition Date"), at 12:48 p.m. on the day the UD Trial was set to commence at 1:00 p.m., Debtor filed a voluntary, skeleton, petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy case no. 6:26-bk-13154-SY.

That same day, Debtor filed a Notice of Stay of Proceedings in the UD Action.

On April 30, 2026, as Dk. No. 7-8, AEF filed a motion for relief from the automatic stay to

3
NOTICE OF MOTION AND MOTION TO DISMISS BANKRUPTCY CASE

proceed with trial in the UD Action ("RFS Motion").

On May 4, 2026, as Dk. No. 12, the Court entered a notice that the meeting of creditors under 11 U.S.C. § 341(a) would occur on May 27, 2026, at 1:30 p.m.

On May 6, 2026, as Dk. No. 13, Debtor filed an opposition to the RFS Motion.

On May 7, 2026, as Dk. No. 15, Debtor filed its schedules.

On May 11, 2026, AEF transmitted a letter to Debtor's counsel via e-mail and U.S. Mail, demanding a copy of the Debtor's tax return pursuant to 11 U.S.C. § 521(e)(2)(A)(ii). A true and correct copy of the Tax Return Letter is attached to the Declaration of Tinho Mang ("Mang Declaration") as Exhibit "1."

On May 14, 2026, as Dk. No. 19, AEF filed its reply in support of the RFS Motion.

No tax return was received by AEF by May 20, 2026.

On May 21, 2026, at 1:30 p.m., the Court held a hearing on the RFS Motion. For the reasons discussed on the record, the Court granted the RFS Motion, with a stay of enforcement until July 15, 2026. Additionally, the Debtor was ordered to immediately pay all post-petition rent that was due. Wire instructions were transmitted to Debtor's counsel on May 21, 2026, at 6:21 p.m., for payment of rent. A true and correct copy of the e-mail transmitting wire instructions on May 21, 2026, is attached to the Mang Declaration as Exhibit "2."

As of May 26, 2026, no rent has been paid to AEF. Declaration of Mike Arnold ("Arnold Declaration"), ¶ 6.

On May 26, 2026, at 3:46 p.m., Debtor's counsel sent tax returns for 2023 and 2024 to AEF's counsel via e-mail. A true and correct copy of this e-mail chain is attached to the Mang Declaration as Exhibit "3."

## 3.    Legal Argument

The debtor shall provide: "not later than 7 days before the date first set for the first meeting of creditors, to the trustee a copy of the Federal income tax return required under applicable law (or at the election of the debtor, a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed." 11 U.S.C. § 521(e)(2)(A)(i). Additionally, "at the same time the debtor complies with clause

4

NOTICE OF MOTION AND MOTION TO DISMISS BANKRUPTCY CASE

(i), a copy of such return (or if elected under clause (i), such transcript) to any creditor that timely requests such copy." 11 U.S.C. § 521(e)(2)(A)(ii).

### A.  AEF timely made demand for the Debtor's tax return by transmitting a letter to Debtor's counsel.

"Upon a creditor's request at least 14 days before the first date set for the §341 meeting of creditors, the debtor must provide the creditor with the documents to be provided to the trustee under (3). The debtor must do so at least 7 days before the meeting." Fed. R. Bankr. Proc. 4002(b)(4). Prior case authority outside of this district suggests that an untimely demand for a tax return may be a basis for excusing the debtor from dismissal. *See In re Collins*, 393 B.R. 835, 837 (Bankr. E.D. Wis. 2008); *see also Tousson v. Barnard (In re Reynoso)*, 2024 U.S. Dist. LEXIS 45462 at *8 (E.D.N.Y. March 14, 2024) ("If a debtor has failed to provide a tax return to a creditor, a creditor may bring a motion to dismiss under section 521(e)(2)(C) only if he or she has 'timely requested such copy.'").

Here, AEF timely demanded a copy of the tax return by transmitting a copy of the demand to Debtor's counsel on May 11, 2026, which is more than 14 days prior to the date scheduled for the meeting of creditors on May 27, 2026. Therefore, AEF's demand was timely, and there was ample notice to Debtor's counsel that the production of the tax return was requested. The Tax Return Letter also expressly cited the statutory authority for the demand.

### B.  This case is subject to mandatory dismissal for failure to comply with Section 521(e)(2)(A)(ii).

"If the debtor fails to comply with clause (i) or (ii) of subparagraph (A), the court shall dismiss the case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor." 11 U.S.C. § 521(e)(2)(B). Also, "[i]f a creditor requests a copy of such tax return or such transcript and if the debtor fails to provide a copy of such tax return or such transcript to such creditor at the time the debtor provides such tax return or such transcript to the trustee, then the court shall dismiss the case unless the debtor demonstrates that the failure to provide a copy of such tax return or such transcript is due to circumstances beyond the control of the debtor." 11 U.S.C. § 521(e)(2)(C). Failure to comply with Section 521(e)(2)(A) results in mandatory dismissal of the bankruptcy case. *See, e.g., In re Gilbert*, 535 B.R. 317, 328 (Bankr. C.D. Cal. 2015)

NOTICE OF MOTION AND MOTION TO DISMISS BANKRUPTCY CASE

(Houle, J.) ("the Debtor has failed to provide a copy of his 2013 federal tax returns to the Trustee within seven days before the first meeting of creditors on December 3, 2014, as required under 11 U.S.C. § 521(e)(2)(A)… As such, the Bankruptcy Code requires the Court to dismiss the Debtor's case."). Dismissal is mandatory upon request by a party in interest, "unless the debtor establishes that timely compliance was prevented by circumstances beyond the debtor's control." *In re Nordstrom*, 381 B.R. 766, 769 (Bankr. C.D. Cal. 2008) (Carroll, J.).

The language of Section 521(e)(2)(C) requires dismissal of the bankruptcy case under these circumstances. *See Feder v. Frank (In re HP Inkjet Printer Litigation)*, 716 F.3d 1173, 1181 (9th Cir. 2013) ("Congress's use of the words 'any' and 'shall' indicate that subsection (a) is not permissive.") (citing *Alabama v. Bozeman*, 533 U.S. 146, 153 (2011) ("The word 'shall' is ordinarily 'the language of command.'")). AEF timely made a demand for the Debtor's tax return and that demand was only very belatedly complied with, less than 24 hours before the meeting of creditors, and plainly out of compliance with the unambiguous mandate of Section 521(e). Therefore, dismissal of this bankruptcy case is mandatory.

## 4.    Conclusion

Based on the foregoing, AEF respectfully requests that the Court enter an order:

1.    Granting this Motion;

2.    Dismissing this bankruptcy case pursuant to 11 U.S.C. § 521(e)(2)(B) or (C); and

3.    For such other and further relief as the Court deems just and proper under the circumstances of this case.

DATED: May 26, 2026

MARSHACK HAYS WOOD LLP

By:    */s/ Tinho Mang*
       TINHO MANG
       DEVAN DE LOS REYES
       Attorneys for Creditor
       ASSOCIATES EQUITY FUND VI, LLC

6

NOTICE OF MOTION AND MOTION TO DISMISS BANKRUPTCY CASE

## Declaration of Michael B. Arnold

I, MICHAEL B. ARNOLD, state and declare as follows:

1.     I am an individual over 18 years of age and competent to make this Declaration.

2.     If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.     The facts set forth below are true of my personal knowledge.

4.     I am an attorney at law duly admitted to practice before all courts of the State of California.

5.     I am one of the attorneys of record for Associates Equity Fund VI, LLC ("AEF") in the unlawful detainer action filed before the Superior Court of California, County of Riverside, case no. UDCO2600032.

6.     As of May 26, 2026, and the execution of this declaration, AEF has not received the $138,312.12 in rent for the month of May 2026. The premises is currently being occupied by the debtor without compensation for the entire month of May 2026, and the partial month of April 2026 (the case was filed on April 23, 2026). Additionally, the next month's rent is due on June 1, 2026. AEF continues to suffer significant financial damage while the debtor occupies the premises without compensation and without an ability for AEF to further pursue removal proceedings. AEF will continue to abide by all orders of the bankruptcy court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2026.

_____
MICHAEL B. ARNOLD

DECLARATION OF MICHAEL B. ARNOLD

## Declaration of Tinho Mang

I, TINHO MANG, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

3.      I am a senior counsel in the law firm of Marshack Hays Wood LLP ("Firm"), counsel for Associates Equity Fund VI, LLC ("AEF").

4.      On May 8, 2026, I personally drafted a letter to counsel for the debtor, Concord Industrial Products, Inc. ("Debtor"), demanding pursuant to 11 U.S.C. § 521(e)(2)(A) that a copy of the Debtor's tax returns be transmitted to AEF.

5.      On May 11, 2026, the letter was sent to Debtor's counsel via e-mail and U.S. Mail. A true and correct copy of the letter is attached as Exhibit "1."

6.      After the hearing on AEF's motion for relief from the automatic stay on May 21, 2026, I requested and forwarded a copy of wire instructions for the payment of rent to AEF. A copy of the e-mail I transmitted on May 21, 2026, at 6:21 p.m., is attached as Exhibit "2." In this e-mail, I stated a reminder to Debtor's counsel that the tax returns had not been provided.

7.      I did not receive any response to the letter until May 26, 2026, at 3:46 p.m., when Debtor's counsel sent me the Debtor's tax returns for 2023 and 2024 via e-mail. A true and correct copy of the e-mail chain with the production of tax returns is attached as Exhibit "3."

8.      I spoke with a person named Vickie Wang from the office of Debtor's counsel around 12:05 p.m. on May 26, 2026, regarding confirming the wire instructions that had been sent on May 21.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2026.

_/s/ Tinho Mang_____
TINHO MANG

6
DECLARATION OF TINHO MANG

**EXHIBIT 1**

Richard A. Marshack
D. Edward Hays
David A. Wood
Laila Rais
Aaron E. de Leest
Tinho Mang
Bradford N. Barnhardt
Sarah R. Hasselberger
Devan de los Reyes

*Of Counsel*
Kristine A. Thagard
Matthew W. Grimshaw
Chad V. Haes
Alina N. Mamlyuk



Sender: Tinho Mang
tmang@marshackhays.com
Reference No. 1951-001

8 May 2026

*VIA E-MAIL AND U.S. MAIL*

Christopher J. Langley, Esq.
SHIODA LANGLEY & CHANG LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
chris@slclawoffice.com

Re:    *In re: Concord Industrial Products, Inc.*, no. 6:26-bk-13154-SY
       **Demand Pursuant to 11 U.S.C. § 521(e)(2)(A)(ii)**

Dear Chris,

As you know, our firm represents Associates Equity Fund VI, LLC ("AEF"), in connection with the above-captioned bankruptcy case. As a creditor, and pursuant to 11 U.S.C. § 521(e)(2)(A)(ii), AEF is entitled to request a copy of the debtor's federal tax return which is provided to the U.S. Trustee. By this letter, AEF demands a copy of the debtor's federal tax return to be produced by May 20, 2026, pursuant to 11 U.S.C. § 521(e)(2)(A)(i).

Please feel free to contact me should you have any questions. Thank you.

Very truly yours,

/s/ TINHO MANG

cc:    Devan de los Reyes (i/o)
       Mike Arnold, Esq. (via e-mail)

MARSHACK HAYS WOOD LLP | www.marshackhays.com
870 Roosevelt | Irvine, CA 92620 | 949.333.7777

EXHIBIT 1, PAGE 9

**EXHIBIT 2**

**Layla Buchanan**

| | |
|---|---|
| **From:** | Tinho Mang |
| **Sent:** | Thursday, May 21, 2026 6:21 PM |
| **To:** | Christopher Langley |
| **Cc:** | Devan de los Reyes |
| **Subject:** | Concord Industrial - Wire Instructions |
| **Attachments:** | Associates Equity Fund 6 Wire Instructions.pdf |

Hi Chris,

Here's the wire instructions. Contract rent rate is $138,312.12 per month; please have it sent immediately. Thanks.

Also a reminder about the tax return.

Tinho



**Tinho Mang**
Senior Counsel
www.MarshackHays.com
949.333.7777

  

1

EXHIBIT 2, PAGE 10

**EXHIBIT 3**

**Layla Buchanan**

| | |
|---|---|
| **From:** | Christopher Langley <Chris@slclawoffice.com> |
| **Sent:** | Tuesday, May 26, 2026 3:46 PM |
| **To:** | Tinho Mang |
| **Cc:** | Devan de los Reyes |
| **Subject:** | RE: Concord Industrial - Wire Instructions |
| **Attachments:** | 2023 Federal Tax Returns.pdf; 2024 Federal Tax Returns.pdf |

Here are returns for the past two fiscal years

---

**From:** Tinho Mang <tmang@marshackhays.com>
**Sent:** Thursday, May 21, 2026 6:21 PM
**To:** Christopher Langley <Chris@slclawoffice.com>
**Cc:** Devan de los Reyes <ddelosreyes@marshackhays.com>
**Subject:** Concord Industrial - Wire Instructions

Hi Chris,

Here's the wire instructions. Contract rent rate is $138,312.12 per month; please have it sent immediately. Thanks.

Also a reminder about the tax return.

Tinho







**Tinho Mang**
Senior Counsel
www.MarshackHays.com
949.333.7777

EXHIBIT 3, PAGE 11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION TO DISMISS BANKRUPTCY CASE UNDER 11 U.S.C. § 521(E)(2); DECLARATIONS OF MICHAEL B. ARNOLD AND TINHO MANG IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On **May 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR**
CONCORD INDUSTRIAL PRODUCTS, INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR
TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT
OR LAW TO RECEIVE SERVICE OF PROCESS
311 BONNIE CIRCLE
CORONA, CA 92878

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL**
HONORABLE SCOTT H. YUN
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
3420 TWELFTH STREET, SUITE 345 / COURTROOM 302
IVERSIDE, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 27, 2026 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR U.S. TRUSTEE: Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **INTERESTED PARTY: Keith A Jones**    keith.jones2@usdoj.gov
- **ATTORNEY FOR DEBTOR: Christopher J. Langley**    chris@slclawoffice.com,
  john@slclawoffice.com;langleycr75251@notify.bestcase.com
- **ATTORNEY FOR CREDITOR ASSOCIATES EQUITY FUND VI, LLC: Tinho Mang**    tmang@marshackhays.com,
  tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackha
  ys.com
- **ATTORNEY FOR U.S. TRUSTEE: Ali Matin**    ali.matin@usdoj.gov
- **INTERESTED PARTY: Jessica M. Simon**    jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **U.S. TRUSTEE: United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

**SECURED CREDITOR**
BANK OF THE WEST
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1625 W. FOUNTAINHEAD PKWY
AZ-FTN-10C-A
TEMPE, AZ 85282-0036

**SECURED CREDITOR**
EAST WEST BANK
HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BLVD., 12TH FLOOR
C/O JESSICA M. SIMON
ENCINO, CA 91436-2829

**SECURED CREDITOR**
EAST WEST BANK
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
9300 FLAIR DRIVE, 6TH FLOOR
EL MONTE, CA 91731-2851

**SECURED CREDITOR**
U S  SMALL BUSINESS
ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

**SECURED CREDITOR**
US SMALL BUSINESS
ADMINISTRATION
10737 GATEWAY WEST, #300
EL PASO, TX 79935-4910

**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GIL HOPENSTAND
312 N. SPRING ST., 5TH FLOOR
LOS ANGELES, CA 90012-4701

**CREDITOR**
GLOBALTRANZ ENTERPRISES, LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
2700 COMMERCE ST. 15TH FLOOR
DALLAS, TX 75226-1404

**CREDITOR**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**CREDITOR**
SECURITIES & EXCHANGE
COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR**
UNITED COMMERCIAL BANK
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
555 MONTGOMERY STREET
SAN FRANCISCO, CA 94111-2541

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**