D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
DEVAN DE LOS REYES, #355913
ddelosreyes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Creditor,
ASSOCIATES EQUITY FUND VI, LLC

**FILED & ENTERED**

**JUL 01 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re

CONCORD INDUSTRIAL PRODUCTS, INC.,

Debtor.

Case No. 6:26-bk-13154-SY

Chapter 7

**ORDER GRANTING MOTION TO DISMISS AND DISMISSING BANKRUPTCY CASE UNDER 11 U.S.C. § 521(e)**

Hearing:
Date: June 25, 2026
Time: 3:00 p.m.
Ctrm: 302
Place: 3420 Twelfth Street
        Riverside, CA 92501

On June 25, 2026 at 3:00 p.m. the court held a hearing on the Motion to Dismiss Bankruptcy Case Under 11 U.S.C. § 521(e)(2) ("Motion") [Docket no. 27] filed on May 27, 2026 by Associates Equity Fund VI, LLC ("AEF"). Tinho Mang appeared on behalf of AEF. Christopher Langley appeared on behalf of the debtor, Concord Industrial Products, Inc. ("Debtor"). All other appearances were as noted on the record.

The court having considered the Motion, the Debtor's Opposition to Motion to Dismiss Bankruptcy Case Under 11 U.S.C. § 521(e)(2), and the Reply to Debtor's Opposition to Motion to

1

Dismiss, and the statements of counsel at the hearing, and for the reasons stated on the record, and good cause appearing,

IT IS ORDERED that:

1.    The Motion is granted.

2.    The above-captioned case is dismissed under 11 U.S.C. § 521(e).

3.    The court retains jurisdiction over matters concerning the pre-dismissal employment of professionals and applications for compensation, if any.

###

Date: July 1, 2026

Scott H. Yun
United States Bankruptcy Judge

2